UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

NO. 7:16-CR-91-1D

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | ORDER |
| LORENZO CORTEZ VAUGHT | |

On motion of the Defendant, Lorenzo Cortez Vaught, and for good cause shown, it is hereby ORDERED that the Motion at Docket Entry #27 be sealed until further notice by this Court, except that copies may be provided to the Assistant United States Attorney, Counsel for the Defendant, and the United States Probation Officer.

IT IS SO ORDERED.

This the __25__ day of January, 2017.

JAMES C. DEVER III
Chief United States District Judge